IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MAINTENANCE ENGINEERING | § | CASE NO. 06-36304-H3-7 |
| CORPORATION | § | |
| DEBTOR | § | CHAPTER 7 |
| | § | |
| | § | |

MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§ 11 U.S.C. §374 (A)

The undersigned trustee reports:

\_\_\_\_\_  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X   More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: December 8, 2010              /s/ **Rodney Tow**
                                      Rodney D. Tow
                                      Federal ID #3196
                                      Chapter 7 Trustee
                                      26219 Oak Ridge Drive
                                      The Woodlands, TX 77380
                                      281-681-9100

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent electronically to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 8th of December, 2010.

                                      /s/ **Rodney Tow**
                                      Rodney Tow, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

_____		Small Dividends

\_\_X\_\_		Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Citibank (South Dakota), N.A.<br>DBA: Texaco<br>4740 121st Street<br>Urbandale, IA 50323 | 7 | $7.65 |